IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROY L. HITES )
TRICIA E. HITES )
)
        Debtors ) CH 13 Case No. 07-42489
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

FILED
U.S. BANKRUPTCY COURT
2010 MAR 26 PM 12: 21
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        ROY & TRICIA HITES
        2575 MAHAN DENMAN ROAD
        CORTLAND, OH 44410

        **TOTAL:**     **$5.00**

2. A check in the amount of $67.81, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this _18th_ day of March, 2010.

        _____
        MICHAEL A. GALLO, TRUSTEE
        20 Federal Plaza West
        Suite #602
        Youngstown, OH 44503
        (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROY L. HITES )
TRICIA E. HITES )
)
Debtors ) CH 13 Case No. 07-42489
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___18th___ day of March, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Alice McClelland*

Alice McClelland - Assistant

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237
VOUCHER FOR CHECK: 775270
DATED: 2010/02/26

| NAME OF CREDITOR | CASE | CLS | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0542935 | 926 | 6 | 53 | ENGLISH, BRUCE M ENGLISH, SHELLY L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0547420 | 926 | 6 | 20 | MEASSICK, MARK ALLEN | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0584605 | 926 | 6 | 18 | SCOTT, MICHAEL | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640202 | 926 | 6 | 43 | HUPP, CLARENCE ALLEN HUPP, JUDITH JOANNA | UNCLAIMED FUNDS | 5.06 | 0.00 | 5.06 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641213 | 926 | 6 | 76 | MANSELL, LILA A MANSELL, GARY V | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740972 | 926 | 6 | 25 | RITCHIE, THOMAS A. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741153 | 926 | 6 | 13 | DAVIS, SANDRA A. | UNCLAIMED FUNDS | 2.65 | 0.00 | 2.65 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741780 | 926 | 6 | 20 | DAWSON, KIM | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741981 | 926 | 6 | 10 | NISEVICH, MITCH P. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742489 | 926 | 6 | 96 | HITES, ROY L. HITES, TRICIA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840732 | 926 | 6 | 30 | WILLIAMS, MYRON E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841112 | 926 | 6 | 41 | FUSILLO, MATTHEW JOSEPH FUSILLO, BARBARA MARYANN | UNCLAIMED FUNDS | 15.09 | 0.00 | 15.09 | 0.00 |

CURRENT CHECK
#ITEMS 12　　PRINCIPAL 67.81　　INTEREST 0.00　　PRINC + INT 67.81